**Electronically Filed
Supreme Court
SCWC-15-0000684
29-DEC-2021
10:43 AM
Dkt. 36 ODMR**

SCWC-15-0000684

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

JOY P. LEONG AND STEPHEN B. LINDSEY III,
Petitioners/Plaintiffs-Appellants/Cross-Appellees,

vs.

HONOLULU FORD INC.,
Respondent/Defendant-Appellee/Cross-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000684; CIV. NO. 1RC14-1-7680)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Kuriyama, in place of Pollack, J. recused)

Upon consideration of Petitioners/Plaintiffs-Appellants/Cross-Appellees Joy P. Leong and Stephen B. Lindsey III's motion for reconsideration, filed on December 20, 2021, and the records and files herein,

IT IS HEREBY ORDERED that the motion denied.

DATED:  Honolulu, Hawai'i, December 29, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Christine E. Kuriyama

